PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Peter Chiarolanzio

Name of Sentencing Judicial Officer:  Honorable Faith S. Hochberg
United States District Judge

Date of Original Sentence: 09/13/06

RECEIVED JUN 0 8 2009
FAITH S. HOCHBERG
U.S. DISTRICT JUDGE

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B)

Original Sentence: Imprisonment - 30 months; Supervised Release - 3 years; Special Assessment - $100

Special Conditions: Computer Monitoring; Mental Health Treatment; No Contact with Minors; Sex Offender Registration; DNA Testing

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/17/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states, **"The defendant shall follow the direction of the Probation Office regarding any contact with children of either sex under the age of 18. He shall not obtain employment or perform volunteer work which includes as part of his job/work description contact with a minor child."** |

The undersigned has learned from a police resource officer stationed at the Hanover Park High School in East Hanover, New Jersey, that the offender was employed on school premises setting up audio recording equipment at a school function. Specifically, on May 21, 2009, the offender attended a musical production given by the students and recorded the concert for eventual re-sale to parents and students. Additionally, the offender was employed through Madison Township Municipal Borough, where he was hired to set up audio equipment for the township's Memorial Day Parade. When confronted on June 2, 2009, the offender initially denied working in this capacity; however, when presented with specific information, he admitted to the above. The offender is employed full-time as an electrician and he operates his company, Custom Sounds, in his spare time to earn supplemental income. As such, the offender has been directed to no longer accept employment offers for his company's services where children are normally present. The offender understands this to include public parades, school functions, children's parties, or any occasion where children are normally present in large numbers or are the focus or purpose of the event.

U.S. Probation Officer Action:

At this time, we are increasing supervision efforts related to the offender's employment. We are requesting no action at this time, and we will keep the Court apprised upon any subsequent non-compliant behavior. We are respectfully requesting that this Report serve as a Letter of Reprimand to the offender, as delineated below.

Respectfully submitted,

By: Matthew Kurzawa,
Senior U.S. Probation Officer
Date: 06/02/09

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[x] Other [To Serve as a Letter of Reprimand]

_____
Signature of Judicial Officer

_____
6/10/09
Date